# **CRIMINAL MINUTES**

2:21-cr-45
USA v. David Fachman
(Bond)

## **Hearing**
**held via GoToMeeting on Tuesday, December 7, 2021
at 3:00 p.m.
before Judge Edmund A. Sargus, Jr.**

For Govt: Jessica Knight

For Deft: Terry Grady and Katherine Dodson

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

USPO: Melinda Vincent

    Defendant sentenced to time served (one day).
    Three years supervised release with conditions.
    $100 special assessment.
    Restitution Ordered.