# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,                            2:21-cr-45

  v.                                   Judge Edmund A. Sargus, Jr.

**DAVID FACHMAN,**

    Defendant.

## ORDER

This matter is before the Court on the Defendant Fachman's Motion for Suspension/Interuption in his home detention incarceration monitoring program to allow overnight attendance and travel to a trade show in St. Louis, Missouri for an approximate one week period of March 13 – 21, 2022. (ECF No. 31.) The Government and Probation Office do not oppose this motion. For good cause shown, Defendant Fachman's motion is **GRANTED**.

    **IT IS SO ORDERED.**

**1/12/2022**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**