SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | **David Fachman** | Docket #: | **0648 2:21CR00045 (1)** |
| Address: | 4302 Bromton Court<br>New Albany, OH 43054 | Judge: | **Edmund A. Sargus, Jr.,**<br>**U.S. District Court Judge** |

You have been ordered by the United States District Court to pay a special assessment of $ __100.00__, restitution of $ __547,854.73__, and/or a fine of $ __NA__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $ _200/MO._, commencing ~~2/1/2022~~ MARCH 1, 2022. This is based on the following analysis of your ability to pay:

Review of finances, ability to pay.

_____     _2-3-2022_
Lyman L. Brown Jr.                                     Date
U. S. Probation Officer

**Order of the Court:** The Court orders minimum monthly payments of $ _200.00_ to commence on _3/1/2022_ and to continue until the debt is satisfied or the Court alters the payment schedule.

s/Edmund A. Sargus, Jr.                          2/3/2022
Signature of Judicial Officer                    Date