**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**　　　　　　　　　　**Case No. 2:21-cr-45**
　　　　　　　　　　　　　　　　　　　　　**JUDGE EDMUND A. SARGUS, JR.**

**v.**

**DAVID FACHMAN,**

      **Defendant.**

## ORDER

The Court imposed a sentence that included twelve (12) months of home detention incarceration and four (4) months at the Alvis House. The Probation Office has advised the Court that the Alvis House cannot admit and accommodate the defendant, as anticipated by the Court at the time of sentencing. Therefore, the Court will substitute four (4) months of home detention incarceration for the four (4) months of time at the Alvis House. The defendant shall serve sixteen (16) months on home detention confinement with no time at the Alvis House.

      **IT IS SO ORDERED.**

**June 14, 2022**　　　　　　　　　　　　　　　**/s Edmund A. Sargus, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**